United States District Court
Southern District of Texas
**ENTERED**
December 08, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ZILLE HUSSNAIN, § § | |
| Petitioner, § § | |
| VS. § | CIVIL ACTION NO. 2:25-CV-00320 |
| § | |
| KRISTI NOEM, *et al.*, § § | |
| Respondents. § | |

## OPINION AND ORDER OF TRANSFER

This is a habeas action filed pursuant to 28 U.S.C. § 2241. (D.E. 1). In his Petition, Petitioner asserts he is being held at the El Valle Detention Center in Raymondville, Texas. The El Valle Detention Center is located in Willacy County, Texas which is within the Southern District of Texas, Brownsville Division. 28 U.S.C. § 124 (b)(4).

It is well established that a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 must be filed in the district where the prisoner is incarcerated. *Hooker v. Sivley*, 187 F.3d 680, 682 (5th Cir. 1999) (citation omitted); *see also Pack v. Yusuff*, 218 F.3d 448, 451 (5th Cir. 2000) (citations omitted). While Petitioner filed this case in the Southern District of Texas, it is more appropriately transferred to the Brownsville Division, where Petitioner is currently being held.

Rather than dismissal, the Court finds this case should be transferred. Therefore, the Clerk of Court is **ORDERED** to **TRANSFER** this case to the United States District Court

for the Southern District of Texas, Brownsville Division. All pending Motions are **DENIED** as moot and the Clerk of Court is **DIRECTED** to **CLOSE** this case.

ORDERED on December 8, 2025.

_____
Jason B. Libby
United States Magistrate Judge